IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUDY SHOTWELL,

             Plaintiff,

vs.

REGIONAL WEST MEDICAL CENTER,

             Defendant.

4:14CV3210

**ORDER**

IT IS ORDERED that the parties' joint motion, (Filing No. 23), is granted, and the final progression order is amended as follows:

1)     The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 25, 2016, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 12, 2016 at 11:00 a.m., and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference will be filed by separate text order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 11, 2016.

3)     The deposition deadline is December 11, 2015.

4)     The deadline for filing motions to dismiss and motions for summary judgment is January 8, 2016.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 8, 2016.

September 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge