# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JUDY SHOTWELL,

    Plaintiff,

v.

REGIONAL WEST MEDICAL CENTER,

    Defendant.

CASE NO. 4:14cv3210

**FINAL AMENDED PROGRESSION ORDER**

    IT IS ORDERED that the parties Joint Motion to Extend Progression Order Deadlines, (Filing No. 34), is granted and the final progression order is as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 3, 2016, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on September 20, 2016 at **11:00 a.m.**, and will be conducted by WebEx conferencing. Conferencing instructions can be found at Filing No. 25. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 16, 2016.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 7, 2016. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is May 1, 2016.

5) The deadline for filing motions to dismiss and motions for summary judgment is June 1, 2016.[1]

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 1, 2016.

7) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 12th day of February, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.