IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY SHOTWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>REGIONAL WEST MEDICAL CENTER,<br><br>    Defendant. | 4:14CV3210<br><br>**MEMORANDUM AND ORDER** |

The parties participated in a telephonic status conference with the undersigned to discuss the further progression of this case. The parties represented that discovery on the issue of liability has been completed and motions for summary judgment on that issue will be filed soon. Based upon the representations of the parties,

IT IS ORDERED:

1) Any remaining discovery on the issue of damages, including any depositions of medical experts, is stayed pending resolution of the anticipated motions for summary judgment.

2) The parties shall contact the undersigned's chambers within 10 days after receiving a ruling on any motions for summary judgment to schedule a telephonic conference to further discuss the progression of this case.

Dated this 29th day of April, 2016

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge