IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY SHOTWELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>REGIONAL WEST MEDICAL CENTER,<br><br>　　　　　　Defendant. | 4:14CV3210<br><br>**ORDER** |

In light of the Court's ruling on Defendant's Motion to Amend the Progression Order,

IT IS THEREBY ORDERED:

1) Defendant's Supplemental Motion for Summary Judgment and brief shall be filed on or before November 16, 2016. Any opposing or reply brief shall be filed in accordance with local rule NECivR. 7.1.

3) All other deadlines in this case are stayed pending the resolution of Defendant's supplemental summary judgment motion.

4) The parties shall contact Judge Zwart's chambers within 10 days of the resolution of the summary judgment motion to discuss further progression of remaining claims.

Dated this 9th day of November, 2016

　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge